Opinion issued May 24, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00850-CV

____________


COMISION FEDERAL DE ELECTRICIDAD, Appellant


V.


SMAR INTERNATIONAL CORPORATION, Appellee






On Appeal from the 333rd District Court

 Harris County, Texas

Trial Court Cause No. 2005-79218






MEMORANDUM OPINION

 Appellant, Comision Federal De Electricidad, has filed an unopposed motion
to dismiss its appeal. No opinion has issued. Accordingly, the motion is granted, and
the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.